# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES MANUEL LOWE<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No. 21-CR-00044<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 29, 2021_____ in the county of _____Iowa_____ in the _____Northern_____ District of _____Iowa_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. §§5841, 5861(d), 5871 | Possession of a National Firearms Act Firearm Not Registered to Possessor |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Friend, Special Agent w/ATF
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☒ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: July 8, 2021

_____
*Judge's signature*

Northern District of Iowa

Mark A. Roberts, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** | ) ) ) ) ) | Case No.  21-CR-00044<br><br>**[FILED UNDER SEAL]** |

I, Robert Friend, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I, Robert Friend, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and have been since January 18, 2016. I am a graduate of Northern Arizona University, with a Bachelor's degree in Criminal Justice and Criminology with a minor in Sociology. I completed the Department of Homeland Security's Criminal Investigator Training Program and the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. In these training programs, I learned many investigative techniques including training on common practices associated with firearms trafficking.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that James Manuel LOWE has violated Title 26, United States Code,

Sections 5861(d) (possession of a firearm which is not registered to him in the National Firearms Registration and Transfer Record).

## PROBABLE CAUSE

4. On May 29, 2021, an Iowa County Sheriff's Department deputy observed James LOWE and Stephanie PARRISH in a gray Chevrolet Impala. Law enforcement officers were attempting to locate the two of them in reference to an ongoing investigation. Law enforcement followed the vehicle as it pulled into a BP Express gas station located on Highway 6 Trail in Marengo, Iowa. LOWE got out of the vehicle and eluded law enforcement on foot. While law enforcement searched for LOWE, an Iowa Department of Criminal Investigations Agent interviewed PARRISH. PARRISH told the agent that there was a sawed-off shotgun in her vehicle. The vehicle was seized.

5. LOWE was later located on May 29, 2021 by law enforcement in the area of the 800 block of Millford Street in Marengo. LOWE was placed under arrest on his outstanding Poweshiek county warrant and taken to the Iowa County Jail.

6. The gray Chevrolet Impala was towed to the Poweshiek County Sheriff's Office where it was placed in the sallyport overnight. On May 30, 2021, an inventory of the vehicle was conducted and a Stevens Model 95, (made by Savage Arms), 12 gauge weapon made from a shotgun, SN: P038077 was located in the vehicle. The firearm had obviously been modified and was not full length.

7. On May 30, 2021, LOWE was transported to the Poweshiek County Jail. After law enforcement finished the inventory of the gray Chevrolet Impala

2

they traveled to the Poweshiek County Jail to interview LOWE. Post-*Miranda*, LOWE admitted to possessing the shotgun found by law enforcement in the Impala he had traveled in with PARRISH.

## INTERSTATE NEXUS

8. An interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives made a preliminary determination that the Stevens Model 95, (made by Savage Arms), 12-gauge weapon made from a shotgun, SN: P038077, possessed by LOWE on May 29, 2021, was manufactured outside the state of Iowa and therefore crossed a state line at some point prior to that date. Additionally, the aforementioned gun meets the definition of a firearm, pursuant to 18 U.S.C. § 921(a)(3).

## NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORD (NFRTR) STATUS

9. Upon examination of the firearm by the ATF, it was found that the barrel measured less than 13 1/2" and the overall length was less than 22 ½" which classified the gun as a firearm requiring registration in NFRTR. No such registration was found.

## CONCLUSION

10. Based on the foregoing facts, there is probable cause to believe that James Manuel LOWE has violated Title 26, United States Code, Sections 5861(d).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

*(signature)*

Robert Friend, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to me by telephone or other reliable electronic means this the __8th__ day of July, 2021.

*(signature)*

MARK A. ROBERTS
United States Magistrate Judge
Northern District of Iowa

4