# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>vs.<br>JAMES MANUEL LOWE,<br>Defendant(s) | **HEARING MINUTES**    Sealed: No<br>Case No.: 21-CR-44-MAR-1<br>Presiding Judge: Mark A. Roberts, Magistrate Judge<br>Deputy Clerk: Sarah Melvin<br>Official Court Record: FTR Gold<br>Contact Information: -- |
|---|---|

| Date: | 7/14/2021 | Start: | 1:29 PM | Adjourn: | 2:06 PM | Courtroom: | 4, 4th Floor Cedar Rapids, Iowa |
|---|---|---|---|---|---|---|---|
| Appearances: | | Plaintiff(s): | AUSA Emily Nydle | | | | |
| | | Defendant(s): | Appears personally and is represented by AFPD Jill Johnston | | | | |
| | | U.S. Probation: | Amy Moser | | | | |
| | | Interpreter: | --- | Language: | --- | Certified: -- | Phone: -- |

| **TYPE OF PROCEEDING:** | **DETENTION:** X | **OR** | **REVOCATION:** | **PRELIMINARY EXAMINATION:** X |
|---|---|---|---|---|
| | Contested? Yes | Continued from a previous date? No | | |
| | Motion(s): | | Ruling: | |

| Nature of proceedings: | | Ruling: | |
|---|---|---|---|
| Review of detention or conditions | | Court finds the Government has carried its burden by a preponderance of the evidence that the Defendant is a risk of non-appearance and by clear and convincing evidence that the Defendant is a danger to the community. Defendant detained. Order to follow. | |
| Review of pre-trial release | | | |
| Review of supervised release | | | |
| Preliminary examination | | Court finds that probable cause exists. | |
| **Witness/Exhibit List is** | Government Exhibits 1 and 2 – offered and received under objections (doc. 13) | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | |
| **Miscellaneous:** | Ms. Nydle proffers the contents of the Complaint and Pretrial Services Report; Ms. Johnston has no objections, only a correction to Defendant's address in the Pretrial Services Report. Ms. Nydle does not object to the correction.<br><br>Ms. Nydle calls ATF Agent Robert Friend. Direct (1:32-1:35 PM). Cross (1:35-1:43 PM). Re-direct (1:43-1:44 PM). Witness excused.<br><br>Government Exhibits 1 and 2 offered; Ms. Johnston objects to exhibits. Court overrules objections, exhibits accepted. | | |

|  |  | Ms. Johnston offers proffer re Defendant's employment; Ms. Nydle does not object. Court hears argument on matter of detention. |