IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 21-cr-44-MAR |
| vs. | **PROBABLE CAUSE ORDER** |
| JAMES MANUEL LOWE, | |
| Defendant. | |

On July 14, 2021, this matter came on for a preliminary hearing on a criminal complaint charging Defendant with Possession of a National Firearms Act Firearm Not Registered to Possessor. (Doc. 2.) The Government was represented by Assistant United States Attorney Emily K. Nydle. Defendant was personally present and was represented by Jill M. Johnston. For the reasons stated by the Court on the record at the time of hearing, the Court concludes that there is probable cause to believe that Defendant committed the criminal offense charged in the complaint.

Therefore, Defendant shall be held over for further proceedings. If Defendant disagrees with this Court's order, he may appeal the Court's ruling to the district court judge assigned to this case.

DATED this 15th day of July, 2021.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa