IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No 21-CR-44 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| JAMES MANUEL LOWE, | 26 U.S.C. § 5861(d): Possession of an Unregistered Firearm |
| Defendant. | Forfeiture |

The Grand Jury charges:

## Count 1

## Possession of an Unregistered Firearm

On or about May 29, 2021, in the Northern District of Iowa, defendant JAMES MANUEL LOWE, knowingly possessed a firearm, as that term is defined in Title 26, United States Code, Section 5845(a)(1), namely: a weapon made from a shotgun modified to have an overall length of less than 26 inches and a barrel or barrels of less than 18 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record. Specifically, the weapon made from a shotgun was a Stevens Model 95 (made by Savage Arms), 12-gauge shotgun.

This was in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

1

## Forfeiture Allegation

By virtue of having committed the acts specified in Count 1 of this Indictment, defendant JAMES MANUEL LOWE shall forfeit to the United States any firearm (not ammunition) involved in the violation of Title 26, United States Code, Section 5861, including but not limited to the firearm listed above.

A TRUE BILL

s/Foreperson
Grand Jury Foreperson          Date 08·04·21

SEAN R. BERRY
Acting United States Attorney

By: [signature]

EMILY K. NYDLE
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 8/4/2021
ROBERT L. PHELPS, CLERK